# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:24-CR-33 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEITH JAVON JOHNSON** | ) | |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Georgia hereby moves to dismiss, without prejudice, the indictment against Keith Javon Johnson, said dismissal being in the interests of justice.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Makeia R. Jonese*

Makeia R. Jonese
Special Assistant United States Attorney
South Carolina Bar No. 105412

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22nd day of April 2024.

                                            Respectfully submitted,

                                            JILL E. STEINBERG
                                            U.S. ATTORNEY

                                            ***/s/ Makeia R. Jonese***

                                            Makeia R. Jonese
                                            Special Assistant United States Attorney
                                            South Carolina Bar No. 105412