IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEITH JAVON JOHNSON,<br><br>Defendant. | CASE NO.: 4:24-cr-33 |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 13.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Keith Javon Johnson from the Indictment in the above-captioned case without prejudice. The Court **DIRECTS** the Clerk of Court to **TERMINATE** this case.

**SO ORDERED**, this 23rd day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA